IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND PEAK UTILITY SERVICES GROUP, INC. LIFE BENEFIT PLAN,<br><br>    *Plaintiffs*,<br><br>                v.<br><br>ARETHA BONDS AND CARSHANA GRAHAM,<br><br>    *Defendants*.<br><hr>ARETHA BONDS<br><br>    *Cross Claimant,*<br><br>                v.<br><br>CARSHANA GRAHAM<br><br>    *Cross Defendant.*<br><hr>ARETHA BONDS<br><br>    *Counter Claimant,*<br><br>                v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND CARSHANA GRAHAM,<br><br>    *Counter Defendants.* | Civil Action No. 1:23-cv-10360-GAO |

**ORDER ON MOTION TO DEPOSIT FUNDS**

      This Matter is before the Court on the Motion of Plaintiff and Cross Defendant, The Lincoln National Life Insurance Company ("Lincoln"), for leave to deposit its policy's death benefits pursuant to its Complaint for Interpleader into the Registry of the Court pursuant to FED. R. CIV. P. 67, Local Rule 67.2 of the United States District Court for the District of

Massachusetts, and General Order 16-03, due notice having been given and the Court being advised in the premises:

IT IS HEREBY ORDERED:

1. Lincoln's Motion for Leave to Deposit Funds is granted.

2. In accordance with Federal Rules of Civil Procedure 67, Local Rule 67.2 of the United States District Court for the District of Massachusetts, and General Order 16-03, Lincoln is granted leave to deposit the sum of $100,000.00, plus any applicable accrued interest, in the Registry of the Court.

3. Lincoln shall serve the Clerk of this Court with a copy of this Order permitting the deposit. The Clerk shall deposit the funds into the interest-bearing Court Registry Investment System ("CRIS") in accordance with Local Rule Local Rule 67.2 of the United States District Court for the District of Massachusetts and General Order 16-03, and retain such funds pending ultimate disposition by Order of this Court in the above-styled action.

Signed this  25th  day of  May           , 2023.

/s/ George A. O'Toole, Jr.
UNITED STATES DISTRICT JUDGE